**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02248-LTB

MILTON BELCHER,

      Applicant,

      v.

COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      The Application was denied and the action dismissed in this action on February 7, 2013.  Applicant's request for stay, ECF No. 20, is denied as moot.

Dated:  February 12, 2013